**Transferred case has been opened**
cmecfhelpdesk  to: InterdistrictTransfer_WVSD                    10/03/2016 10:29 AM

CASE: 2:15-cv-15075

DETAILS: Case transferred from West Virginia Southern
has been opened in Southern District of Ohio
as case 1:16-cv-00973, filed 10/03/2016.